# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **MALCOM RAVENSCRAFT,**<br><br>Plaintiff,<br><br>v.<br><br>**BALL METAL BEVERAGE CONTAINER CORP. and BALL CORPORATION,**<br><br>Defendants. | Case No: 4:19-cv-00058-TLS-JPK |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Malcom Ravenscraft and Defendants Ball Metal Beverage Container Corp. and Ball Corporation, all parties to this action, hereby stipulate to the dismissal of all claims in this cause of action in its entirety, with prejudice, the parties to bear their own costs, including attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Tiffany R. Guthrie (with permission)*<br>Tiffany R. Guthrie<br>Darron S. Stewart<br>Stewart & Stewart Attorneys<br>931 S. Rangeline Rd.<br>Carmel, IN 46032<br>tiffany@getstewart.com<br>darron@getstewart.com | Rebecca L. Loeffler (Atty. No. 25498-75)<br>Rebecca L. Loeffler<br>Alan L. McLaughlin<br>Littler Mendelson, P.C.<br>A Professional Corporation<br>111 Monument Circle, Ste. 702<br>Indianapolis, IN 46204<br>rloeffler@littler.com<br>amclaughlin@littler.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |